UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| R. ALEXANDER ACOSTA,<br><br>Plaintiff,<br>v.<br><br>HOA SALON ROOSEVELT, INC.,<br><br>Defendant. | CASE NO. C17-0961JLR<br><br>ORDER APPOINTING UNITED STATES MAGISTRATE JUDGE AS SETTLEMENT JUDGE |

The court has appointed United States Magistrate Judge Mary Alice Theiler to act as settlement judge in this matter. The court DIRECTS the Clerk to provide Magistrate Judge Theiler with a copy of this order. The court ORDERS the parties to coordinate with Magistrate Judge Theiler's staff to schedule a settlement conference as appropriate.

Dated this 23 day of October, 2018.

JAMES L. ROBART
United States District Judge