UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| R. ALEXANDER ACOSTA, | |
|---|---|
| Plaintiff, | Case No. C17-961-JLR |
| v. | **ORDER REGARDING SETTLEMENT CONFERENCE** |
| HOA SALON ROOSEVELT INC. et al, | |
| Defendant. | |

This case has been referred for a settlement conference before the Honorable MARY ALICE THEILER, United States Magistrate Judge. All parties and their counsel are hereby DIRECTED to appear on: **Wednesday, November 28, 2018 at 9:30am at**

**United States District Courthouse**
**700 Stewart St. 12th floor - Courtroom 12A**
**Seattle, WA 98101**

**WHO MUST BE PRESENT**

Counsel accompanied by the client or a representative with full authority to resolve the case must appear. If there are other parties necessary to settle the case, please arrange for their attendance. Failure to participate in good faith may result in an award of costs and fees incurred by the other parties regarding the conference, or other sanctions.

ORDER REGARDING SETTLEMENT CONFERENCE- 1

**SETTLEMENT MEMOS**

Each party shall:

(1) Exchange settlement briefs no more than 8 pages in length that set forth the issues to resolve, and current status of settlement by 4:00 pm, November 23, 2018. Do not file your briefs. A copy should be emailed to Judge Theiler at Kadya_Peter@wawd.uscourts.gov and Gary_Burnopp@wawd.uscourts.gov.

(2) Email a separate confidential settlement memo no more than 5 pages to Judge Theiler, only, at Kadya_Peter@wawd.uscourts.gov and Gary_Burnopp@wawd.uscourts.gov by 4:00 pm, November 23, 2018. These memos are confidential; do not file them with the Clerk's office or serve them on opposing counsel. These memos shall set forth a settlement proposal, and what barriers, if any, there are to achieving a settlement.

**CONFIDENTIALITY**

All parties should keep an open mind and be willing to reassess previous positions. Parties should be frank and address each other with courtesy and respect. To encourage an open discussion, the Court directs all matters communicated in connection with this judicial settlement are confidential and cannot be used for any other purpose. In order to allow enough time for a thorough exploration of the issues, we have set aside the entire day for this conference. Please adjust your schedules accordingly.

DATED this  2nd  day of  November , 2018.

Mary Alice Theiler
United States Magistrate Judge