HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| R. ALEXANDER ACOSTA, Secretary of Labor,<br><br>Plaintiff,<br><br>v.<br><br>HOA SALON ROOSEVELT, INC., a Washington corporation, HOA SALON BALLARD, INC., a Washington corporation, HOA SALON MADISON, INC., a Washington corporation, THUY MICHELLE NGUYEN PRAVITZ, an individual and managing agent of the Corporate Defendants, ERIC PRAVITZ, an individual and managing agent of the Corporate Defendants, HUYEN NGUYEN, an individual and managing agent of the Corporate Defendants, THUY HONG, an individual and managing agent of the Corporate Defendants, and LAM HUYNH, an individual and managing agent of the Corporate Defendants,<br><br>Defendants. | No. 2:17-cv-00961-JLR<br><br>STIPULATION AND ORDER DISMISSING DEFENDANTS HOA SALON MADISON, HUYEN NGUYEN, THUY HONG, AND LAM HUYNH<br><br><br>**NOTE ON MOTION CALENDAR:**<br><br>**NOVEMBER 1, 2018** |

**STIPULATED MOTION TO DISMISS DEFENDANTS HOA MADISON, NGUYEN, HONG, AND HUYNH - 1**

BOYLE MARTIN THOENY, PLLC
200 WEST THOMAS, STE. 420
SEATTLE, WASHINGTON 98119
TELEPHONE: 206.217.9400
FACSIMILE: 206.217.9600

## STIPULATION

IT IS HEREBY AGREED AND STIPULATED between all parties that all claims for relief asserted in this matter by Plaintiff, R. Alexander Acosta, and against Defendants Hoa Salon Madison, Huyen Nguyen, Thuy Hong, and Lam Huynh, be dismissed with prejudice and without award of attorney's fees or costs to either party.

DATED this 1st day of November, 2018.

| | |
|---|---|
| OFFICE OF THE SOLICITOR<br>UNITED STATES DEPT. OF LABOR | BOYLE MARTIN THOENY, PLLC |
| /s/Abigail G. Daquiz<br>ABIGAIL G. DAQUIZ, WSBA #35521<br>Attorneys for the Plaintiff | /s/Margaret M. Boyle<br>MARGARET M. BOYLE, WSBA#17089<br>BARDI D. MARTIN, WSBA#39077<br>Attorneys for Defendants |

**STIPULATED MOTION TO DISMISS DEFENDANTS HOA MADISON, NGUYEN, HONG, AND HUYNH - 2**

BOYLE MARTIN THOENY, PLLC
200 WEST THOMAS, STE. 420
SEATTLE, WASHINGTON 98119
TELEPHONE: 206.217.9400
FACSIMILE: 206.217.9600

# ORDER

Based on the foregoing stipulation, IT IS HEREBY ORDERED that all claims for relief by Plaintiff, R. Alexander Acosta, and against Defendants Hoa Salon Madison, Huyen Nguyen, Thuy Hong, and Lam Huynh, are dismissed with prejudice and without fees or costs to the parties. The caption in this matter shall be amended to reflect this order of dismissal.

DATED this 6th day of November, 2018.

_____
JUDGE JAMES L. ROBART

Presented by:

OFFICE OF THE SOLICITOR
UNITED STATES DEPT. OF LABOR

 /s/Abigail G. Daquiz
ABIGAIL G. DAQUIZ, WSBA #35521
Attorneys for the Plaintiff


BOYLE MARTIN THOENY, PLLC

 /s/Margaret M. Boyle
MARGARET M. BOYLE, WSBA#17089
BARDI D. MARTIN, WSBA#39077
Attorneys for Defendants

**STIPULATED MOTION TO DISMISS DEFENDANTS HOA MADISON, NGUYEN, HONG, AND HUYNH - 3**

BOYLE MARTIN THOENY, PLLC
200 WEST THOMAS, STE. 420
SEATTLE, WASHINGTON 98119
TELEPHONE: 206.217.9400
FACSIMILE: 206.217.9600