UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| R. ALEXANDER ACOSTA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>HOA SALON ROOSEVELT, INC., et al.,<br><br>　　　　　　　　Defendants. | CASE NO. C17-0961JLR<br><br>ORDER SCHEDULING ORAL ARGUMENT |

The court hereby SCHEDULES oral argument on the Defendants' motion for summary judgment (Dkt. # 30) for Wednesday, January 23, 2019, at 10:00 a.m. The court further DIRECTS the parties to prepare to respond to the following issues:

1. Why should the court not strike the declaration of Sherrie Chan (Chan Decl. (Dkt. # 36)) based on Plaintiff's failure to timely disclose this witness? *See* Fed. R. Civ. P. 22(a)(1)(A)(i); Fed. R. Civ. P. 37(c)(1);

//

ORDER - 1

2. If the court strikes Ms. Chan's declaration, what evidence, if any, remains in the record that would create a genuine dispute of material fact concerning Defendants' willful violation of the Fair Labor Standards Act?

Dated this 14th day of January, 2019.

JAMES L. ROBART
United States District Judge